MINNIE COHEN et al., Respondents, *v.* ABRAHAM LIEB-
HOFF, Appellant.

(Argued October 20, 1931; decided November 17, 1931.)

*Horace London, Philip Kranzbaum* and *Herman Rosen-blatt* for appellant.

*Ephraim Berliner, Joseph J. Zeiger* and *Morton Roth* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.